IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| THOMAS BARROW, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> HOOKED UP TOWING AND RECOVERY, INC., <br><br> Defendant. | Civil Action No. 1:23-cv-00642-JHR-KRS |

## ORDER

Before the Court is Plaintiff's Response to the Court's Order to Show Cause of December 14, 2023. (ECF No. 7.) Having considered the Response, the Court finds it to be satisfactory and QUASHES its Order.

The Court further GRANTS Plaintiff's Motion to Withdraw its Motion for Entry of Default and STRIKES the Clerk's Default. (ECF No. 6.)

The Court further GRANTS Plaintiff's Motion for Alternative Service. Plaintiff must effectuate alternative service by posting notice of this action at Defendant's last known address, 41 Road 3500, Flora Vista New Mexico 87415, and by mailing notice of this action to the same address via first class U.S. mail within thirty (30) days of this Order. Plaintiff shall serve a copy of this Order upon Defendant contemporaneously with service of the Summons and Complaint.

**IT IS SO ORDERED.**

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE