IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| Thomas Barrow, individually and on behalf of all others similarly situated, § § § | |
| Plaintiff, § § | Civil Action No. 1:23-cv-00642-DHU-KRS |
| v. § § | |
| Hooked Up Towing and Recovery, Inc., § § | |
| Defendant. § | |

## **JUDGMENT**

BEFORE THE COURT is Plaintiff Thomas Barrow's Motion for Default Judgment. Having considered the Motion, the Court finds that the well-pleaded allegations of the Complaint which are taken as established by virtue of Defendant's default along with Plaintiff's declaration support a default judgment against Defendant. The Court is satisfied that Plaintiff has correctly analyzed the appropriate amount of damages to be entered.

Therefore, the Court ORDERS that defendant is in default and that default judgment should enter as follows: Plaintiff shall have and recover from Defendant **$328,963.00** in damages, including attorney's fees and taxable costs of court.

Pre- and post-judgment interest shall accrue from today's date at the rate of 5.02% computed daily on the unpaid balance from the date of entry of this judgment until the full amount of the judgment is paid, compounded annually.

This is a Final Judgment.

IT IS SO ORDERED DATED: April 2, 2024.

_____
HON. DAVID H. URIAS
UNITED STATES DISTRICT JUDGE